## Commonwealth v. Reid, Appellant.

Before JOHNSTONE, JR., P.J.

Submitted September 8, 1975. *Edward F. Browne, Jr.,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence is reversed and the case is remanded for a new trial. See *Commonwealth v. Ingram,* 455 Pa. 198, 316 A.2d 77 (1974).

## Commonwealth v. Reppert, Appellant.

Before HESS, J.

Submitted September 8, 1975. *Richard N. Beltzner,* Assistant Public Defender, and *Ralph W. D. Levan,* First Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.